**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN RE:**

Tara M. Boutin,
DEBTOR.
________________________________________/

CHAPTER 13
CASE NO. 16-50445-PJS
JUDGE PHILLIP J. SHEFFERLY

# ORDER ALLOWING THE PROOF OF CLAIM FILED ON BEHALF OF CREDIT UNION ONE (PACER CLAIM NO. 2-1)

This matter came on for hearing upon the Objection to Proof of Claim filed by the Chapter 13 Standing Trustee pursuant to L.B.R. 3007-1 (E.D.M.), the Objection having been served with the Notice of Objection to Claim in accordance with the local bankruptcy rules, the requisite time for a response having passed, no response to the Objection having been timely filed and served, and the Court being otherwise sufficiently advised in the premises;

IT IS HEREBY ORDERED that the Proof of Claim filed on behalf of Credit Union One (PACER Claim No. 2-1) on September 7, 2016 in the amount of $16,549.15 is allowed as an unsecured non-priority claim in its entirety;

IT IS HEREBY FURTHER ORDERED that to the extent that the Chapter 13 Standing Trustee has previously made disbursements to such Creditor, the Trustee shall not be obligated to recoup the same.

.

**Signed on December 07, 2016**

**/s/ Phillip J. Shefferly**
**Phillip J. Shefferly**
**United States Bankruptcy Judge**